

**U.S. Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

P.O. Box 1500
White Deer, PA 17887

January 9, 2002

Mary E. D'Andrea, District Clerk
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmonds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

RE: LOCSKAI, Frank - Reg. No. 09001-067
    3:00-CV-00992, 1:00-CV-00334 and 1:00-CV-00333

Dear Ms Edmonds:

Our office has been informed that the above-named inmate has completed payment of his $150.00 filing fees for the above-referenced cases.

Should your records reflect a discrepancy, please do not hesitate to contact me at (570) 547-1990 x4119.

Sincerely,

Michelle Mertz
Legal Assistant