```
Thu Jan 10 14:52:04 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.    333 96514
Cashier        rich

Tender Type    CHECK

Check Number:  2221 09558390

Transaction Type  C

Case No./Def No.          / 0

DS Code   Div No    Acct
4667      3         0069PL

Amount              $      4.54

FRANK LOCSKAI 09001067 LSCI ALLENWOOD

PARTIAL FILING FEE 00-CV-333
```

CFR

20
1-17-02
1

1:00CV333

TEXMED

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|---|
| VENDOR NAME: | U.S. DISTRICT COURT | VENDOR I.D. NUMBER: | I09001067 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | | CHECK NUMBER: 2221-09558390 | CHECK AMOUNT: $******4.54 | CHECK DATE: 01-07-02 |

PAYMENT IDENTIFICATION DATA:
22014564DOC  1 00-CV-00333
LOCSKAI, FRANK 09001067
LSCI ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
0002S00104

AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.